# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

U.S.A. vs. RUDY SMITH                                                      Docket No. 3:02CR00191(CFD)

## Petition For Modification of Conditions or Term of Probation/Supervised Release with the Consent of the Offender

**COMES NOW,** Sandra Hunt, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Rudy Smith who was sentenced to 75 months' incarceration and 4 years supervised release for a violation of 21 U.S.C. §§ 841(a) and 841(b)(1)(B)(ii), Possession With Intent to Distribute Cocaine, by the Honorable Christopher F. Droney, U.S. District Judge, sitting in the court in Hartford, Connecticut on January 7, 2004, and imposed the general terms and conditions theretofore adopted by the court and also imposed the special conditions and terms as follows: 1) The defendant is required to participate in a mental health counseling program approved by the U.S. Probation Officer; and 2) The defendant is prohibited from possessing a firearm or other dangerous weapon.

Rudy Smith is scheduled to begin his term of supervised release on December 10, 2007 and would be projected to expire supervision on December 9, 2011.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

As he has no family ties or community connections in the state of Connecticut, Mr. Smith has requested relocation of his supervised release to the District of Massachusetts. Based on Mr. Smith's history and characteristics, and in order to accept his relocation plan, the U.S. Probation Office in the District of Massachusetts has requested that Mr. Smith have a drug treatment and testing condition to allow for appropriate monitoring of his activities in the community.

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve:

☐ To extend the term of probation/supervised release for  years, for a total term of  years.
■ To modify the conditions of supervision as follows:

"The defendant shall participate in a program approved by the U.S. Probation Office for substance abuse treatment, either inpatient or outpatient, which will include testing. The defendant shall pay all or a portion of the cost of treatment, based on his ability to pay, in an amount to be determined by the probation office."

A signed Waiver of Hearing to Modify Conditions is attached.
The attorney for the defendant has been notified and concurs with the modification.

| ORDER OF COURT | Respectfully Submitted, |
|---|---|
| Considered and ordered this 28th day of November, 2007 and ordered filed and made a part of the records in the above case. | Sandra Hunt<br>Senior United States Probation Officer |
| The Honorable Christopher F. Droney<br>United States District Judge | Place: Hartford, Connecticut<br>Date: November 26, 2007 |

PROB 49
(3/89)

# United States District Court

### District of Connecticut

### Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

    **The defendant shall participate in a program approved by the U.S. Probation Office for substance abuse treatment, either inpatient or outpatient, which will include testing. The defendant shall pay all or a portion of the cost of treatment, based on his ability to pay, in an amount determined by the probation office.**

Witness: _[signature]_
BOP Staff Witness
FCI Ray Brook, NY

Signed: _[signature]_
Rudy Smith
Supervised Releasee, #14768-014

11-17-07
Date