Prob12B
(7/93)

# United States District Court
## for the District of Massachusetts

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

**Name of Offender:** Rudy Smith                                      **Case Number:** 3:02-CR-00191

**Name of Sentencing Judicial Officer:** Christopher F. Droney, U.S. District Judge, District of Connecticut

**Date of Original Sentence:** January 7, 2004

**Original Offense:** Possession with Intent to Distribute Cocaine

**Original Sentence:** 75 months committed; 4 years supervised release

**Type of Supervision:** Supervised release          **Date Supervision Commenced:** 12/10/2007

---

## PETITIONING THE COURT

[ ]   To extend the term of supervision for years, for a total term of years
[X]   To modify the conditions of supervision as follows:

**The defendant is to reside for a period of ninety (90) days in a community corrections center and shall observe the rules of that facility.**

## CAUSE

On January 31, 2008, Mr. Smith was arraigned at Dudley District Court and charged with Abuse Prevention Act (Violation of Restraining Order). Mr. Smith is scheduled to next appear in state court on March 28, 2007. On February 7, 2008, Mr. Smith reported to the probation office to address this non-compliance. USPO Michael Forman placed Mr. Smith on notice that he was not to have any further contact with Dawn Edmonds, who is the plaintiff of the restraining order, or have any contact with her family members or friends. Mr. Smith was informed that he would be allowed due process in state court.

On February 19, 2008, the probation office received information that Mr. Smith contacted two of Ms. Edmonds' sisters. Mr. Smith contacted one sister by showing up at her residence, and contacted the other sister by showing up at her place of employment, on February 19, 2008. According to the information, he requested from one sister that she ask Ms. Edmonds to drop the restraining order.

On February 27, 2008, an Administrative Hearing was held before SUSPO Alicia Howarth. Also present were Mr. Smith and USPO Forman. Mr. Smith admitted to failing to follow this officers instructions by contacting Ms. Edmonds, and agreed to modify his conditions of supervised release to include a ninety (90) day placement at a Community Corrections Center.

Prob 12B                                - 2 -                          **Request for Modifying the
Conditions or Terms of Supervision
with Consent of the Offender**

Reviewed/Approved by:                                  Respectfully submitted,

_Alicia Howarth_ (signature)                    By     _Michael D. Forman_ (signature)
Alicia Howarth                                         Michael D. Forman
Supervising U.S. Probation Officer                     U.S. Probation Officer
                                                       Date: 02/27/2008

**THE COURT ORDERS**
[ ] No Action
[ ] The Extension of Supervision as Noted Above
[✓] The Modification of Conditions as Noted Above
[ ] Other

_(signature)_
Signature of Judicial Officer

3/14/08
Date

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF MASSACHUSETTS

I, <u>Rudy Smith</u>, have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**The defendant is to reside for a period of ninety (90) days in a community corrections center and shall observe the rules of that facility.**

Witness: _____  Signed: _____
U.S. Probation Officer                      Probationer or Supervised Releasee

_____
DATE