| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | 3:02CR00191(CFD) |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | 4:08CR40006-FDS |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Rudy Smith<br>9 Bourne Street<br>Worcester, Massachusetts 01606 | CONNECTICUT | HARTFORD |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Christopher F. Droney<br>U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 12/10/2007 | TO 12/9/2011 |

OFFENSE

Possession With Intent to Distribute Cocaine, in violation of 21 U.S.C. §§ 841(a) and 841(b)(1)(B)(ii).

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

3/14/08

Date

/s/ Christopher F. Droney, USDJ

United States District Judge

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

4-3-2008

Effective Date

United States District Judge