UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
450 MAIN STREET
HARTFORD, CT 06103

TEL. NO. 240-3200
(AREA CODE 860)

ROBIN D. TABORA
CLERK

DINAH MILTON-KINNEY
CHIEF DEPUTY CLERK

LINDA I. KUNOFSKY
DIVISION MANAGER
HARTFORD

April 25, 2008

Office of the Clerk
Attn: Deborah Shattuck
595 Main Street, Rm 502
Worcester, MA 061608

Re:   3:02cr191 CFD
      USA v. Rudy Smith

Please acknowledge receipt of the aforementioned enclosures on the copy of this letter and return same in the self-addressed stamped envelope provided for your convenience.

Very truly yours,

ROBIN D. Tabora, Clerk

By   Angela Blue
     Deputy Clerk

Enclosures: